AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Russell, David E. | Eastern District of California | 04/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Recalled Bankruptcy Judge | ☐ Nomination ☐ Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee ▨ Trust. Assets reported in Part VII | The Primary Trust |
| 2. | Trustee of Living Trust ▨ . Assets reported in Part VII | The Secondary Trust |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 19th thru 22nd, 2011 | Squaw Creek, CA | Participation in Bankruptcy Programs for Professionals | Lodging and some meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SMR IRA | | | | | | | | | |
| 2. 1. American Electric Power Co | A | Dividend | J | T | | | | | |
| 3. 2. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 4. 3. BP PLC ADS | A | Dividend | J | T | | | | | |
| 5. 4. Chico Fas Inc. | A | Dividend | J | T | | | | | |
| 6. 5. Clorox Co De | A | Dividend | J | T | | | | | |
| 7. 6. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 8. 7. General Mills Inc. | A | Dividend | J | T | | | | | |
| 9. 8. Hawaiian Electric Ind | A | Dividend | J | T | | | | | |
| 10. 9. Nestle Spon ADR Reg Shr | A | Dividend | J | T | | | | | |
| 11. 10. Pepsico Inc | A | Dividend | J | T | | | | | |
| 12. 11. PG&E Corporation | A | Dividend | J | T | | | | | |
| 13. 12. Plum Creek Timber | A | Dividend | J | T | | | | | |
| 14. 13. Procter & Gamble | A | Dividend | J | T | | | | | |
| 15. 14. Target Corp | A | Dividend | J | T | | | | | |
| 16. 15. M/S Bank | A | Interest | J | T | | | | | |
| 17. DER IRA (see Part VIII) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | 1. M/S Bank | A | Interest | M | T | | | | | |
| 19. | 2. ISHARES Barclays Agg Bd Fd fka Lehmans Aggregate | A | Dividend | K | T | | | | | |
| 20. | 3. ISHARES Barclays Tips Bd Fd fka Lehmans Tres | A | Dividend | | | Sold | 08/08/11 | J | A | |
| 21. | 4. ISHARES S&P Midcap 400 Index | A | Dividend | J | T | | | | | |
| 22. | 5. ISHARES S&P Smallcap 600 Index | A | Dividend | J | T | | | | | |
| 23. | 6. SPDR SERIES TRUST DB INT GVT | A | Dividend | | | Sold | 08/11/11 | J | B | |
| 24. | 7. PROSHARES SHORT S&P 500 | | | | | Buy | 07/28/11 | K | | |
| 25. | 8. PROSHARES SHORT S&P 500 | | None | | | Sold | 10/25/11 | K | A | |
| 26. | 9. American Euro - pacific Growth Fund | A | Dividend | J | | Buy (add'l) | | J | | Reinvested Dividends |
| 27. | 10. American GR FD of America F1 | A | Dividend | K | T | Buy (add'l) | | J | | Reinvested Dividends |
| 28. | 11. Columbia Acorn A | A | Dividend | K | T | Buy (add'l) | | J | | Reinvested Dividends |
| 29. | 12. DWS Short Duration Plus A | A | Dividend | K | T | Buy (add'l) | | J | | Reinvested Dividends |
| 30. | 13. First Eagle Global I (was Global A) | A | Dividend | K | T | Buy (add'l) | | J | | Cnvtd Class on8/4 Rvst Ds |
| 31. | 14. First Eagle Gold I (was Gold A) | A | Dividend | J | T | Buy (add'l) | | J | | Cnvtd Class on8/4 Revst Ds |
| 32. | 15. Ing Global Real Estate | A | Dividend | J | T | Buy (add'l) | | J | | Reinvested Dividends |
| 33. | 16. Loomis Investment Grade Bd A | A | Dividend | K | T | Buy (add'l) | | J | | Reinvested Dividends |
| 34. | 17. Pimco Real Return | A | Dividend | J | T | Buy (add'l) | | J | | Reinvested Dividends |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  CASH FUNDS | | | | | | | | | |
| 36.   1. American Express Savings | A | Interest | K | T | | | | | |
| 37.   2. Golden 1 Credit Union | A | Dividend | J | T | | | | | |
| 38.   3. Schools Financial Credit Union | A | Interest | K | T | | | | | |
| 39.   4. Tri Counties Bank | A | Interest | J | T | | | | | |
| 40.  PRIMARY TRUST | | | | | | | | | |
| 41.   1. 3M Company | A | Dividend | J | T | | | | | |
| 42.   2. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 43.   3. Altria Group Inc | A | Dividend | J | T | | | | | |
| 44.   4. Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 45.   5. Analy Capital Mgmnt Inc | A | Dividend | J | T | | | | | |
| 46.   6. Arthur J. Gallagher | A | Dividend | J | T | | | | | |
| 47.   7. AT&T | A | Dividend | J | T | | | | | |
| 48.   8. Atmos Energy | A | Dividend | J | T | | | | | |
| 49.   9.. Barcap ETN-IPATH DJ-AIG Commodity Tot Ret | | None | J | T | | | | | |
| 50.   10. Berkshire Hathaway B | | None | J | T | | | | | |
| 51.   11. Blackrock CA Muni Income Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 12. Catapillar Inc | A | Dividend | J | T | | | | | |
| 53. 13. Cincinnati Financial | A | Dividend | J | T | | | | | |
| 54. 14. Conoco Phillips | A | Dividend | J | T | | | | | |
| 55. 15. Dow Chemical Company | A | Dividend | J | T | | | | | |
| 56. 16. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 57. 17. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 58. 18. Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 59. 19. Google Inc-Cl A | | None | J | T | Buy | 11/29/11 | J | | |
| 60. 20. Health Care REIT | A | Dividend | J | T | | | | | |
| 61. 21. Home Depot Inc | A | Dividend | J | T | | | | | |
| 62. 22. ISHARES MSCI EAFE Fund | A | Dividend | J | T | | | | | |
| 63. 23. ISHARES MSCI Emerging Mks Fd | A | Dividend | J | T | | | | | |
| 64. 24. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 65. 25. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 66. 26. Kraft Foods Inc | A | Dividend | J | T | | | | | |
| 67. 27. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 68. 28. Netgear Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 29. Nextera Energy Inc Com | A | Dividend | J | T | | | | | |
| 70. 30. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 71. 31. Otter Tail Corp | A | Dividend | J | T | | | | | |
| 72. 32. Pfizer Inc | A | Dividend | J | T | | | | | |
| 73. 33. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 74. 34..SPDR S&P Emerging Asia Pacif | A | Dividend | J | T | | | | | |
| 75. 35. Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 76. 36. Sysco Corp | A | Dividend | J | T | | | | | |
| 77. 37. The Technology Sel Sec SPDR | A | Dividend | J | T | | | | | |
| 78. 38. Time Warner Cable Inc New | A | Dividend | J | T | | | | | |
| 79. 39. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 80. 40. TJX COS Inc New | A | Dividend | K | T | | | | | |
| 81. 41. USG Corp New | | | | | Buy (add'l) | 08/04/11 | J | | |
| 82. | | None | J | T | Sold (part) | 11/29/11 | J | | |
| 83. 42. Verizon Communications | A | Dividend | J | T | | | | | |
| 84. 43. Waste Connections | | None | J | T | | | | | |
| 85. 44. California St Genl Oblig | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | 45. Columbia Select Smllr Cp Val A | A | Dividend | J | T | | | | | |
| 87. | 46. Franklin CA Tax Free Income Fd | A | Dividend | J | T | | | | | |
| 88. | 47. Franklin Mutual Global Discovery A | A | Dividend | J | T | | | | | |
| 89. | 48. Thornburg CA Ltd Term Muni A Fd | A | Dividend | J | T | | | | | |
| 90. | 51. M/S Bank & Money Mkt Fds | A | Interest | K | T | | | | | |
| 91. | SECONDARY TRUST | | | | | | | | | |
| 92. | 1. American Express Savings A/c | A | Interest | M | T | | | | | |
| 93. | 2. M/S Bank A/c | A | Interest | J | T | | | | | |
| 94. | 3. Hawaiian Electric Ind | D | Dividend | M | T | | | | | |
| 95. | 4. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 96. | 5. California St Var Purpose Bond | A | Interest | K | T | | | | | |
| 97. | 6. Franklin CA Tax Free Income Fd, Class A | A | Dividend | J | T | | | | | |
| 98. | 7. Hartford Fortis Masters VA | A | Interest | L | T | | | | | |
| 99. | 8.. Rental Property, San Lorenzo, CA | E | Rent | N | V | | | | | See Part VIII |
| 100. | | | | | | | | | | |
| 101. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. My wife and I attended the annual conference of the California Bankruptcy Forum in Squaw Creek, CA.in May of 2011 for four days. Some of the meals were complimentary and our lodging expenses were paid. Attendance at the Conference and reimbursement of travel expenses was approved as not in violation of the 1989 Ethics Reform Act in a letter dated 11/28/90 from Walter K. Stapleton, the then chair of the Committee on the Codes of Conduct of the Judicial Conference of the United States to Bankruptcy Judge John E. Ryan of the Central District of California. Estimated expenses paid for by the Conference were approximately $2,500.

Part VII, line 17. The DER IRA is managed by our broker. We have no control over the investments.

Part VII, line 100. The value was determined by a real estate broker using comparable sales.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544